**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| ERNEST W. SAPP, III, | : | |
| Petitioner, | : | |
| v. | : | Case No. 1:05-CR-17 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth filed September 2, 2008. (Doc. 144). It is recommended that Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc. 132; Doc. 140; Doc. 142) be **DENIED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 144) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc. 132; Doc. 140; Doc. 142) is hereby **DENIED**.

**SO ORDERED**, this  20th  day of April, 2010.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**